IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYCE COLE,<br><br>      Plaintiff,<br><br>    v.<br><br>PRIME CARE MEDICAL, DR. LAURA RUSANO,<br><br>      Defendants. | 2:23-CV-01021-CCW |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Kezia O.L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 19, 2024, the Magistrate Judge issued a Report, ECF No. 18, recommending that the Second Amended Complaint, ECF No. 10, be dismissed with prejudice for failure to prosecute. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Second Amended Complaint, ECF No. 10, is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's Report and Recommendation, ECF No. 18, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 16th day of October, 2024.

BY THE COURT:

<u>/s/ Christy Criswell Wiegand</u>
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via US mail):

Joyce Cole
*Pro se*
#19960000306
Lawrence County Jail
111 S. Milton Street
New Castle, PA 16101